CHRISTINE S. KUEHN *v.* BRIDGEPORT HOSPITAL ET AL.

The defendants' petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Paul E. Pollock,* in support of the petition.

*Frederick J. Martin,* in opposition.

Decided April 2, 1980

JAMES E. SMITH *v.* ZONING BOARD OF APPEALS OF THE CITY OF MILFORD ET AL.

The petition of New Haven Bird Club, Inc., for certification for appeal from the Superior Court in the judicial district of Ansonia-Milford is denied by the court.

*Daniel Millstone,* in support of the petition.

Decided April 2, 1980

STATE OF CONNECTICUT *v.* NICHOLAS ROMANO

*Nicholas Romano,* pro se, in support of the petition.

Decided April 15, 1980

LAWRENCE MATTO ET AL. *v.* FRANK R. CARDASSI ET AL.

The defendants' petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Robert W. Lotty,* in support of the petition.

Decided April 15, 1980